# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF SOUTH CAROLINA

# GREENVILLE DIVISION

| | |
|---|---|
| **Tara C. Knox,** | **Case No.: 6:08-cv-03768-HFF** |
| | **(Formerly C/A No.: 08-CP-24-792)** |
| **Plaintiff,** | |
| v. | |
| **Roger L. Parker and Roehl Transport, Inc.,** | **CONSENT ORDER TO REMAND TO STATE COURT** |
| **Defendants.** | |

**TO:   THE UNITED STATES DISTRICT COURT:**

**THIS MATTER** is before the Court upon the Motion of Defendants, with the consent of the Plaintiff. This action was removed from the Court of Common Pleas for Richland County, South Carolina on November 13, 2008 based upon diversity jurisdiction. The allegations of the Complaint establish the diversity of the parties. However, the Complaint does not specify actual damages, and includes a prayer for punitive damages.

Plaintiff has now stipulated that the amount in controversy does not exceed $74,999.00. (Attached as Exhibit A). Thus, the requirements for diversity jurisdiction are not met.

**IT IS THEREFORE ORDERED, DECREED, AND ADJUDGED** that this matter should be **REMANDED** to the South Carolina Courts.

        **IT IS SO ORDERED.**

                                          **s/ Henry F. Floyd**
                                          **United States District Judge**

**Spartanburg, South Carolina**

**January 28, 2009**

**WE CONSENT:**


s/ <u>Robert P. Foster</u>                                s/ <u>Mark S. Barrow</u>
Robert P. Foster, Esquire                       Mark S. Barrow
Foster Law Firm, LLP                          Sweeny, Wingate & Barrow, P.A.
Post Office Box 2123                             Post Office Box 12129
Greenville, South Carolina  29602           Columbia, South Carolina   29211

**ATTORNEY FOR PLAINTIFF**              **ATTORNEYS FOR**

**DEFENDANTS**


Columbia, South Carolina

January 28, 2009